**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES R. SHEPHERD,<br><br>                                      Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>                                      Defendants. | Case No.: 19-CV-1989 W (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 16]** |

Pending before the Court is a joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 16] and **ORDERS** the case **DISMISSED WITH PREJUDICE**. The parties shall each bear their own fees and costs.

**IT IS SO ORDERED**.

Dated:  May 12, 2020

_____
Hon. Thomas J. Whelan
United States District Judge